

PETE Richardson AUCTION SALES
www.prauctions.net

35640 Woodyard Rd
Willards, MD 21874

Office (410) 546 2425
Fax (410) 835 8613

**ROY & MELANIE SENS HOME LOCATION**
**11324 NEWPORT BAY DRIVE, BERLIN, MD**

Appraisal Prepared On: April 27, 2017

Page 1

## Home

| Item | Price |
|---|---|
| Collection of Fishing Rods with Spinning Rods | $75 |
| 3 Beach Cruiser Bikes Rusty | $80 |
| Craftsman 2 Tier Tool Box with Tools | $150 |
| Ryobi Electric Power Wash | $60 |
| Painting Supplies Rollers and Tools | $25 |
| Homelite 2250 Generator | $225 |
| Echo Gas Hedge Trimmer | $60 |
| Homelite Chain Saw | $40 |
| Mercedes GL 450 4 Matic 2007 Yr 129,481 Miles | $7,400 |
| Ford Edge Sel AWD 2007 Yr | $4,000 |
| Wheelbarrow | $45 |
| Collection of Garden Tools | $50 |
| 2 Rubbermaid Coolers | $35 |
| Hand Truck | $10 |
| Rolled Arm Chair | $60 |
| Leather Rolled Arm Sofa Matching Ottoman | $150 |
| 4 Highback Bar Stools | $100 |
| Glass Top Table with 4 Matching Chairs | $125 |
| Upholstered Arm Chair Black and Floral | $50 |
| Collection of Patio Furniture | $200 |
| Everyday China, Pots, Pans and Utensils | $90 |
| Counter Top Appliances | $80 |
| Mahogany Dining Table with 6 Chairs | $150 |
| China Hutch with Carved Pillars Beveled Glass | $200 |
| Collection of China and Crystal | $125 |
| Sideboard | $75 |
| Rolled Arm Chair and Matching Ottoman | $50 |
| Tan Sofa | $25 |
| Leather Ottoman | $25 |
| Leather Recliner | $60 |



35640 Woodyard Rd
Willards, MD  21874

Office (410) 546 2425
Fax (410) 835 8613

www.prauctions.net

## ROY & MELANIE SENS HOME LOCATION
## 11324 NEWPORT BAY DRIVE, BERLIN, MD

Appraisal Prepared On: April 27, 2017

Page 2

| Item | Price |
|---|---|
| Pineapple Floor Lamp | $25 |
| 2 Black Armoires | $150 |
| Misc Sound System Equipment | $50 |
| Flat Screen TV Plasma | $50 |
| Hall Table with Matching Mirror | $35 |
| 4 Pc Bedroom Set | $225 |
| Sanyo Flat Screen TV | $150 |
| Sig 9 mm Pistol | $450 |
| 3 Pc Black Wicker Set | $75 |
| 3 Pc Bedroom Set Dark Wood | $200 |
| 3 Pc Bedroom Set Well Used | $125 |
| 4 Pc Cherrywood Bedroom Set | $200 |
| Sectional Sofa | $80 |
| Samsung Flat Screen | $125 |
| Office Chair Damaged | $20 |
| Computer Desk and Computer | $65 |
| 4 Pc Cherrywood Bedroom Set | $225 |

Total: $16,070



107 Downtown Plaza
Salisbury, Maryland 21801

www.kuhnsjewelers.com
410-742-3256 • 410-742-4346 fax

June 7, 2017

ESTATE APPRAISAL FOR:

Roy Sens
11324 Newport Bay Dr.
Berlin, MD 21811

Description                                                                                   Estate Value:

1 – Mens stainless steel Rolex Submariner watch with black face and bezel, and date – no box or papers……………………………………………………… $2250

1 – Ladies stainless steel Tag Heuer Quartz watch, 200 meter water resistant, new……………………………………………………………………………….. $250

1- Ladies sterling silver Pandora charm bracelet with 12 charms, 36.4 DWT……………………………………………………………………………….$57.50

1- Ladies 14K white gold Journey-style pendant on 18" chain and set with 1- .03, 1- .05, 1- .10, 1- .15, 1- .25, 1- .30 and 1- .45 ct round brilliant cut diamonds of I1 – SI2 clarity and G-H color…………………………….. $225

2- Ladies 14K white gold channel set bands, each set with 12 princess cut diamonds graduating from .03 - .06 points in each ring and of SI1 – SI2 clarity and G-H color………………………………………………………….. $375



**Kuhn's Jewelers**

7 Downtown Plaza
Salisbury, Maryland 21801

www.kuhnsjewelers.com
410-742-3256 • 410-742-4346 fax

1- Ladies 14K white gold engagement ring set with 12- .05 princess cut diamonds of SI1-SI2 clarity and G-H color and approximately 1.15cts and of I1 clarity, I color………………………………………………………….. $1100

Susan Kuhn Purnell
Appraiser,
G.I.A. Certified in Diamond Grading

*This estimated replacement cost is based on an estimate of the quality of the stones. We assume no liability with respect to any action that may be taken on the basis of this appraisal.*

## SENS: PENDING CASES (updated 5/19/17)

| Parties | Case Number | Venue | Claims | Damages Requested | Contact Info |
|---|---|---|---|---|---|
| *Surety v. Sens, Inc. Sens Mechanical, Inc., Roy, Melanie, Burt et al.*<br><br>Cross claim filed against Sens, Inc. Sens Mechanical, Inc., Roy, Melanie by Burt Defendants for indemnification and contribution | 03C16013001 | Baltimore County Circuit Court | *Bond Case*<br><br>1. Contractual Indemnity<br>2. Collateral Demands<br>3. *Quia Timet* | No specific amount of damages requested. Anticipated relief is in excess of several million dollars | Plaintiff: United States Surety Company 20 West Aylesbury Road, Timonium, MD 21093<br><br>Plaintiff: U.S. Specialty Insurance Company 13403 Northwest Pwy, Houston, TX 77040<br><br>Both represented by Patrick M. Pike, Esquire Eric G. Korphage, Esquire Pike & Gilliss, LLC 600 Washington Avenue, Suite 303 Towson, MD 21204 |
| *Burt v. Sens, Inc. and Roy Sens* | 23CV1700007 | Worcester Circuit Court | 1- Breach of subcontract<br>2- Trust fund statute | $79,960 | Plaintiff: D.W. Burt Concrete Construction Inc. 1802 Northwood, Dr. Salisbury, MD 21801<br><br>Represented by: Ernest I. Cornbrooks, III 115 Broad Street Salisbury, MD 21801 |
| *Burt v. Sens Inc.* | 23-C-16-000841 | Worcester Circuit Court | Breach of subcontract | $795,480 | Plaintiff: D.W. Burt Concrete Construction Inc. 1802 Northwood, Dr. Salisbury, MD 21801<br><br>Represented by: Ernest I. Cornbrooks, III 115 Broad Street Salisbury, MD 21801 |
| *Burt v. Sens Inc.* | 23-C-16-000765 | Worcester Circuit Court | Claims relating to equipment rental | $64,954.00 | Plaintiff: D.W. Burt Concrete Construction Inc. 1802 Northwood, Dr. Salisbury, MD 21801<br><br>Represented by: Ernest I. Cornbrooks, III |

| Case | Number | Court | Type | Amount | Party |
|---|---|---|---|---|---|
| | | | | | 115 Broad Street Salisbury, MD 21801 |
| *Surety v. Sens, Inc. Sens Mechanical, Inc., Roy, Melanie, et al.* | C-22-CV-17-000038 | Wicomico Circuit Court | *Lis Pendens* | | |
| *Sens Inc. and Sens Mechanical v. Inns of Ocean City* | C-23-CV-17-000027 | Worcester Circuit Court | Mechanic's Lien | | |
| *Surety v. Sens, Inc. Sens Mechanical, Inc., Roy, Melanie, et al.* | C-23-CV-17-000028 | Worcester Circuit Court | *Lis Pendens* | | |
| *Tecta America East LLC v. Inns Of Ocean City LLC* | 23-C-16-000785 | Worcester Circuit Court | Mechanic's Lien | | |
| *Tomey Electric, Inc. v. Inns of Ocean City, LLC, Sens, Inc., United Bank* | C-23-CV-17-000061 | Worcester Circuit Court | Mechanic's Lien | | |
| *Noland Company vs. Sens Mechanical, Inc. And Roy Sens* | C-22-CV-17-000096 | Wicomico Circuit Court | Breach of K | $73,384 plus $4,500 attorney's fees | Plaintiff: Noland Company 1513-1521 Edgemore Ave. Salisbury, MD 21801 Represented by: Robert G. Shuster, Esq 12850 Middlebrook Rd. Suite 225 Germantown, MD 20874 |
| *Waldron of Md, Inc. v. Sens Mechanical* | 100100014502017 | District Court for Howard County | Breach of K and related claims | $24,719 plus $3,707 attorney's fees | Waldron of Md, Inc 8997-A Yellow Brick Rd Baltimore, MD 21237 Represented by: Max S. Stadfeld, Esquire Offit Kurman, P.A. 8171 Maple Lawn Blvd., Suite 200 Fulton, MD 20759 |

| | | | | | |
|---|---|---|---|---|---|
| Builder Services Group, Inc. v. Sens Mechanical | C23CV170 00126 | Circuit Court for Worcester County | Breach of K and related claims | $44,191 | Plaintiff: Builder Services Group, Inc. t/a Gede Insulation 475 N. Wiliamson Blvd Dayton Beach, FL 32114<br><br>Represented by: Robert G. Shuster, Esq 12850 Middlebrook Rd. Suite 225 Germantown, MD 20874 |
| Sam Yoder and Son v. Sens Inc and Roy | D-024-CV-17-000688 | District Court for Worcester County | Breach of K - personal guarantee | $15k plus attorney's fees | Plaintiff: Sam Yoder & Son, LLC 9387 Memory Lane Greenwood, DE 19950<br><br>Represented by: John C. Siepp, Esquire 105 Camden Street Salisbury, MD 21801 |