**Fill in this information to identify your case and this filing:**

Debtor 1: **Roy** (First Name) _____ (Middle Name) **Sens** (Last Name)

Debtor 2: **Melanie** (First Name) _____ (Middle Name) **Sens** (Last Name)
(Spouse, if filing)

United States Bankruptcy Court for the: District of **Maryland**

Case number: **17-18481**

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1. **11324 Newport Bay Drive**
        Street address, if available, or other description

        **Berlin       MD      21811**
        City            State    ZIP Code

        _____
        County

        **What is the property?** Check all that apply.
        ☒ Single-family home
        ☐ Duplex or multi-unit building
        ☐ Condominium or cooperative
        ☐ Manufactured or mobile home
        ☐ Land
        ☐ Investment property
        ☐ Timeshare
        ☐ Other _____

        **Who has an interest in the property?** Check one.
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

        Current value of the entire property? **$810,000**
        Current value of the portion you own? **$54,525**

        Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

        _____

        ☐ Check if this is community property (see instructions)

        Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

   1.2. _____
        Street address, if available, or other description

        _____
        City            State    ZIP Code

        _____
        County

        **What is the property?** Check all that apply.
        ☐ Single-family home
        ☐ Duplex or multi-unit building
        ☐ Condominium or cooperative
        ☐ Manufactured or mobile home
        ☐ Land
        ☐ Investment property
        ☐ Timeshare
        ☐ Other _____

        **Who has an interest in the property?** Check one.
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

        Current value of the entire property? $_____
        Current value of the portion you own? $_____

        Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

        _____

        ☐ Check if this is community property (see instructions)

        Other information you wish to add about this item, such as local property identification number: _____

Debtor 1  **Roy** _____ **Sens** _____   Case number (if known) _____
       First Name   Middle Name   Last Name

1.3. _____
Street address, if available, or other description

_____

_____  _____  _____
City                State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$_____   $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ....................................................→  $_____

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☒ Yes

3.1.  Make:  **Mercedes**
    Model:  **GL450**
    Year:  **2007**
    Approximate mileage:  **129,000**
    Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$ **7,400.00**   $ **7,400.00**

If you own or have more than one, describe here:

3.2.  Make:  **Ford**
    Model:  **Edge**
    Year:  **2007**
    Approximate mileage:  **118,000**
    Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$ **4,000.00**   $ **4,000.00**

3.3. Make: Ford
     Model: Explorer
     Year: 2007
     Approximate mileage: _____
     Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$ 3,500.00                               $ 3,500.00

3.4. Make: Ford
     Model: Expedition
     Year: 2000
     Approximate mileage: _____
     Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?   Current value of the portion you own?
$ 1,000.00                               $ 1,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☒ Yes

4.1. Make: Tropicat
     Model: 36' Cat
     Year: 1996
     Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?   Current value of the portion you own?
$ 5,000.00                               $ 5,000.00

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?   Current value of the portion you own?
$ _____                                $ _____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................................→  $ 20,900.00

Debtor 1  **Roy** _Sens_
First Name  Middle Name  Last Name

Case number (if known) _____

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... See Attachment    $ 4,680.

7. **Electronics**
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☐ Yes. Describe..........    $_____

8. **Collectibles of value**
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe..........    $_____

9. **Equipment for sports and hobbies**
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe..........    $_____

10. **Firearms**
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe..........    $_____

11. **Clothes**
    Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.......... Sens Clothing    $ 702.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe..........    $_____

13. **Non-farm animals**
    Examples: Dogs, cats, birds, horses
    ☐ No
    ☐ Yes. Describe..........    $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ..............    $_____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................    → $ 9,997.00

Official Form 106A/B        Schedule A/B: Property        page 4

Debtor 1 _____  Case number *(if known)*_____
         First Name    Middle Name    Last Name

# Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☐ Yes .................................................................................................................................  Cash: ...................... $_____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☐ Yes .....................     Institution name:

    | | |
    |---|---|
    | 17.1. Checking account: | _____  $_____ |
    | 17.2. Checking account: | _____  $_____ |
    | 17.3. Savings account: | _____  $_____ |
    | 17.4. Savings account: | _____  $_____ |
    | 17.5. Certificates of deposit: | _____  $_____ |
    | 17.6. Other financial account: | _____  $_____ |
    | 17.7. Other financial account: | _____  $_____ |
    | 17.8. Other financial account: | _____  $_____ |
    | 17.9. Other financial account: | _____  $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No
    ☐ Yes .................     Institution or issuer name:

    _____  $_____
    _____  $_____
    _____  $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☐ Yes. Give specific information about them..................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | 0% ___% | $_____ |
    | _____ | 0% ___% | $_____ |
    | _____ | 0% ___% | $_____ |

Official Form 106A/B                  Schedule A/B: Property                                    page 5

Debtor 1 _____   Case number (if known)_____
         First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☐ No
    ☐ Yes. Give specific    Issuer name:
        information about
        them........            _____  $_____
                                _____  $_____
                                _____  $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☐ Yes. List each
        account separately.   Type of account:      Institution name:

                              401(k) or similar plan: _____  $_____

                              Pension plan:           _____  $_____

                              IRA:                    _____  $_____

                              Retirement account:     _____  $_____

                              Keogh:                  _____  $_____

                              Additional account:     _____  $_____

                              Additional account:     _____  $_____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☐ No
    ☐ Yes........                                 Institution name or individual:

                              Electric:            _____  $_____

                              Gas:                 _____  $_____

                              Heating oil:         _____  $_____

                              Security deposit on rental unit: _____  $_____

                              Prepaid rent:        _____  $_____

                              Telephone:           _____  $_____

                              Water:               _____  $_____

                              Rented furniture:    _____  $_____

                              Other:               _____  $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☐ No
    ☐ Yes........            Issuer name and description:

                             _____  $_____
                             _____  $_____
                             _____  $_____

Official Form 106A/B                    Schedule A/B: Property                                         page 6

Debtor 1 _____   Case number (if known)_____
         First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ☐ Yes ................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ☐ Yes. Give specific information about them.... [                    ]  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ☐ Yes. Give specific information about them.... [                    ]  $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ☐ Yes. Give specific information about them.... [                    ]  $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☐ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......
    Federal:  $_____
    State:    $_____
    Local:    $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☐ No
    ☐ Yes. Give specific information............
    Alimony:              $_____
    Maintenance:          $_____
    Support:              $_____
    Divorce settlement:   $_____
    Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ☐ Yes. Give specific information............  $_____

Official Form 106A/B                    Schedule A/B: Property                                      page 7

Debtor 1  Roy _____ Sens _____ Case number (if known) _____
First Name   Middle Name   Last Name

---

**31. Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Ohio National | Melanie Sens | $ 1. |
| Ohio National | Roy Sens | $ 1. |
| New York Life | | $ 1. |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes. Give specific information. _____ $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue
☑ No
☐ Yes. Describe each claim. _____ $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes. Describe each claim. _____ $ _____

**35. Any financial assets you did not already list**
☑ No
☐ Yes. Give specific information. _____ $ _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ➔ $ **1,010.00**

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe. _____ $ _____

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes. Describe. _____ $ _____

---

Official Form 106A/B            Schedule A/B: Property            page 8

Debtor 1 _____   Case number *(if known)*_____
         First Name   Middle Name   Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ❑ No
    ❑ Yes. Describe....... _____  $_____

41. **Inventory**
    ❑ No
    ❑ Yes. Describe....... _____  $_____

42. **Interests in partnerships or joint ventures**
    ❑ No
    ❑ Yes. Describe.......  Name of entity:                                    % of ownership:
                            _____   _____%  $_____
                            _____   _____%  $_____
                            _____   _____%  $_____

43. **Customer lists, mailing lists, or other compilations**
    ❑ No
    ❑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ❑ No
        ❑ Yes. Describe......... _____  $_____

44. **Any business-related property you did not already list**
    ❑ No
    ❑ Yes. Give specific
        information .........  _____  $_____
                               _____  $_____
                               _____  $_____
                               _____  $_____
                               _____  $_____
                               _____  $_____
                               _____  $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................... → $_____

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ❑ No. Go to Part 7.
    ❑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ❑ No
    ❑ Yes ....................... _____  $_____

Official Form 106A/B                Schedule A/B: Property                              page 9

Debtor 1 __Roy__ __ __ __Sens__
         First Name  Middle Name  Last Name

Case number (if known)_____

48. **Crops—either growing or harvested**
    ☐ No
    ☐ Yes. Give specific information............  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ☐ Yes......................... $_____

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ☐ Yes......................... $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☐ No
    ☐ Yes. Give specific information............  $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ........................➔ $_____

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☐ Yes. Give specific information............  $_____
                                                   $_____
                                                   $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ........................➔ $_____

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................➔ $_____

56. Part 2: Total vehicles, line 5                           $ 20,900.

57. Part 3: Total personal and household items, line 15      $ 9,907.

58. Part 4: Total financial assets, line 36                  $ 1,010.

59. Part 5: Total business-related property, line 45         $ 0.

60. Part 6: Total farm- and fishing-related property, line 52  $ 0.

61. Part 7: Total other property not listed, line 54        +$ 0.

62. **Total personal property.** Add lines 56 through 61. ..........  $ 31,904.   Copy personal property total ➔  +$ 31,904.

63. **Total of all property on Schedule A/B.** Add line 55 + line 62................................................  $_____

Official Form 106A/B            Schedule A/B: Property            page 10

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | Roy | Sens |
| | First Name    Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Melanie    Susan | Sens |
| | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: Maryland

Case number (If known): 17-18481

[X] Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   [X] You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   [ ] You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 11324 Newport Bay Drive<br>Line from Schedule A/B: 1.1 | $0.00 | [X] $ 23,675.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)2 |
| Brief description: Cash<br>Line from Schedule A/B: 16 | $700.00 | [ ] $ _____<br>[X] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: 15 family photos<br>Line from Schedule A/B: 6 | $10.00 | [ ] $ _____<br>[X] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   [X] No
   [ ] Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       [ ] No
       [ ] Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 3

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment 1<br>Line from Schedule A/B: 31 | $3.00 | ☐ $ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Insurance § 16-111(a) |
| Brief description: See Attachment 2<br>Line from Schedule A/B: 31 | $3.00 | ☐ $ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Insurance § 16-111(a) |
| Brief description: Mechanical Contractor<br>Line from Schedule A/B: 19 | $1.00 | ☒ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: Mechanical Contractor<br>Line from Schedule A/B: 19 | $1.00 | ☒ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: See Attachment 3<br>Line from Schedule A/B: 19 | $1.00 | ☒ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: Trucks<br>Line from Schedule A/B: 19 | $1.00 | ☒ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: 50% interest in 10056 LLC<br>Line from Schedule A/B: 19 | $1.00 | ☒ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: See Attachment 4<br>Line from Schedule A/B: 19 | $1.00 | ☒ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: 100% interest in 2523 LLC<br>Line from Schedule A/B: 19 | $1.00 | ☒ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: See Attachment 5<br>Line from Schedule A/B: 3.1 | $7,400.00 | ☒ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description: See Attachment 6<br>Line from Schedule A/B: 3.2 | $4,000.00 | ☒ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description: 2007 Ford Explorer with<br>Line from Schedule A/B: 3.3 | $3,500.00 | ☒ $ 3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |

**Part 2:  Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment 7<br>Line from Schedule A/B: 11 | $301.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1) |
| Brief description: See Attachment 8<br>Line from Schedule A/B: 11 | $401.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1) |
| Brief description: See Attachment 9<br>Line from Schedule A/B: 12 | $2,007.50 | ☒ $ 2,007.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description: SEE ATTACHMENT<br>Line from Schedule A/B: 6 | $4,680.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description: See Attachment 10<br>Line from Schedule A/B: 12 | $32.50 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: See Attachment 11<br>Line from Schedule A/B: 12 | $4,290.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: See Attachment 12<br>Line from Schedule A/B: 17.1 | $300.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)1 |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Attachment 1/2
Debtor: Roy Sens     Case No: 17-18481

Attachment 1

    $2,000,000 Term Life-Roy Sens

Attachment 2

    $1,000,000 Term Life-Melanie Sens

Attachment 3

    100% interest in Sens Service, Inc

Attachment 4

    100% interest in Pin Oak LLC

Attachment 5

    2007 Mercedes GL450 with 129,000 miles.

Attachment 6

    2007 Ford Edge with 118,000 miles.

Attachment 7

    6 jeans-$18;, 3 khakis-$9;, 4 dress pants-$12, sport coat-$10;, 10 shoes-$50;  4 sweaters-$12;, 30 shirts,=$60; 4 coats-$40; 1 leather coat-$20; Motorbycle boots-$30

Attachment 8

    10 jeans-$30;, 4 khakis-$12, 3 dress pants-$9;, 20shirts-$40;, 15 dresses-$45;, 5 skirts-$15, 20 T-shirts-$20;, 5 coats-$50;, 20 shoes-$100;, 10 sweaters-$30; 2 leather boots-$30; 1 leathher coat-$20

Attachment 9

    Ladie's watch-$250; Ladie's charm bracelet-$57.50; Ladie's pendant-$225; Ladie's gold bands-$375; Ladie's engagement ring-$1100

Attachment 10

    10 necklaces-$15.00; 5 bracelets-$7.50; 8 earrings-$12.00

Attachment 11

    Men;s Rolex submariner watch

Attachment 2/2
Debtor: Roy Sens     Case No: 17-18481

Attachment 12

    Checking Account with Taylor Bank