**Fill in this information to identify your case:**

Debtor 1 __Roy Sens__
      First Name      Middle Name      Last Name

Debtor 2 __Melanie Susan Sens__
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Maryland__

Case number __17-18481__
(If known)

[X] Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

[X] No

[ ] Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X __s/Roy Sens__                      X __s/Melanie Susan Sens__
Signature of Debtor 1                    Signature of Debtor 2

Date __09/29/2017__                Date __09/29/2017__
    MM / DD / YYYY                  MM / DD / YYYY