UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Roy Sens | § | Case No. 17-18481 |
| Melanie Susan Sens | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Monique D. Almy, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 47,205.50 |
| Total Distributions to Claimants: 48,214.26 | Claims Discharged<br>Without Payment: 14,333,240.36 |
| Total Expenses of Administration: 16,188.24 | |

3) Total gross receipts of $ 64,402.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 64,402.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 731,802.00 | $ 2,827,393.85 | $ 2,827,393.85 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,188.24 | 16,188.24 | 16,188.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 26,895.72 | 41,839.22 | 41,839.22 | 41,839.22 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,000,662.74 | 12,472,670.88 | 12,423,232.36 | 6,375.04 |
| **TOTAL DISBURSEMENTS** | $ 3,759,360.46 | $ 15,358,092.19 | $ 15,308,653.67 | $ 64,402.50 |

4) This case was originally filed under chapter 7 on 06/21/2017. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2018          By:/s/Monique D. Almy, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 11324 Newport Bay Drive | 1110-000 | 54,523.00 |
| 1996 Tropicat 36' Cat | 1129-000 | 5,000.00 |
| 2000 Ford Expedition | 1129-000 | 1,000.00 |
| 2003 Ford F-150 | 1129-000 | 1,500.00 |
| Household Goods | 1129-000 | 2,379.50 |
| **TOTAL GROSS RECEIPTS** | | **$ 64,402.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | 731,802.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15A | United States Surety Company | 4110-000 | 0.00 | 2,827,393.85 | 2,827,393.85 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 731,802.00 | $ 2,827,393.85 | $ 2,827,393.85 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Monique D. Almy | 2100-000 | NA | 6,470.13 | 6,470.13 | 6,470.13 |
| Monique D. Almy | 2200-000 | NA | 256.25 | 256.25 | 256.25 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | 38.70 | 38.70 | 38.70 |
| Union Bank | 2600-000 | NA | 111.16 | 111.16 | 111.16 |
| Crowell & Moring LLP | 3110-000 | NA | 9,312.00 | 9,312.00 | 9,312.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,188.24 | $ 16,188.24 | $ 16,188.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comptroller of Maryland | | 26,895.72 | NA | NA | 0.00 |
| 11 | COMPTROLLER OF THE TREASURY | 5800-000 | NA | 25,795.00 | 25,795.00 | 25,795.00 |
| 9A | Department Of The Treasury | 5800-000 | NA | 12,010.00 | 12,010.00 | 12,010.00 |
| 16 | Worchester County | 5800-000 | NA | 4,034.22 | 4,034.22 | 4,034.22 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 26,895.72 | $ 41,839.22 | $ 41,839.22 | $ 41,839.22 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barkley's Bank of Delawae | | 15,430.13 | NA | NA | 0.00 |
| | Builder Services Group | | 44,191.00 | NA | NA | 0.00 |
| | Chase Bank | | 13,788.49 | NA | NA | 0.00 |
| | Chase Bank USA | | 15,262.53 | NA | NA | 0.00 |
| | Chase Bank USA | | 32,382.36 | NA | NA | 0.00 |
| | DW Burt Concrete Cons. Co. | | 64,954.00 | NA | NA | 0.00 |
| | DWBurt Concrete Const. | | 794,380.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | National Funding, Inc. |  | 87,829.78 | NA | NA | 0.00 |
|  | Noland Company |  | 77,884.00 | NA | NA | 0.00 |
|  | Paul & Annette Syns |  | 0.00 | NA | NA | 0.00 |
|  | Sheffield Financial |  | 11,583.03 | NA | NA | 0.00 |
|  | Tecta America East LLC |  | 0.00 | NA | NA | 0.00 |
|  | Tomey Electric Inc. |  | 0.00 | NA | NA | 0.00 |
| 8 | American Express Bank, FSB | 7100-000 | 24,628.07 | 24,628.07 | 24,628.07 | 12.64 |
| 19 | Builders Supply Of Delmarva, Inc | 7100-000 | NA | 27,364.16 | 27,364.16 | 14.05 |
| 18 | Calvin B. Taylor Banking Co. | 7100-000 | 1,448,000.00 | 2,794,793.21 | 2,794,793.21 | 1,434.16 |
| 4 | Caterpillar Financial Services Corporation | 7100-000 | NA | 28,019.85 | 28,019.85 | 14.38 |
| 10 | Citibank, N.A. | 7100-000 | 40,596.58 | 40,596.48 | 40,596.48 | 20.83 |
| 17 | Comenity Capital Bankpaypal Credit | 7100-000 | 2,234.00 | 2,314.75 | 2,314.75 | 1.19 |
| 9B | Department Of The Treasury | 7100-000 | NA | 451.00 | 451.00 | 0.23 |
| 1 | Discover Bank | 7100-000 | 5,029.03 | 5,134.39 | 5,134.39 | 2.63 |
| 5 | Sam Yoder & Son, LLC | 7100-000 | 15,000.00 | 10,335.04 | 10,335.04 | 5.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Sussex Lumber Co., Inc. | 7100-000 | 6,061.91 | 6,683.88 | 6,683.88 | 3.43 |
| 12 | Synchrony Bank | 7100-000 | 8,699.78 | 8,857.88 | 8,857.88 | 4.55 |
| 13 | Synchrony Bank | 7100-000 | 7,895.81 | 8,142.25 | 8,142.25 | 4.18 |
| 14 | Synchrony Bank | 7100-000 | 5,703.32 | 5,828.74 | 5,828.74 | 2.99 |
| 2 | The Sherwin-Williams Company | 7100-000 | 28,624.41 | 24,278.43 | 24,278.43 | 12.46 |
| 15B | United States Surety Company | 7100-000 | 5,029.03 | 9,189,862.07 | 9,189,862.07 | 4,715.82 |
| 7-1 | Waldron Of Md, Inc. | 7100-000 | NA | 24,719.26 | 0.00 | 0.00 |
| 7-2 | Waldron Of Md, Inc. | 7100-000 | NA | 24,719.26 | 0.00 | 0.00 |
| 7-3 | Waldron Of Md, Inc. | 7100-000 | 24,719.00 | 24,719.26 | 24,719.26 | 12.68 |
| 3 | Wells Fargo Equipment Finance | 7100-000 | 220,756.48 | 221,222.90 | 221,222.90 | 113.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,000,662.74 | $ 12,472,670.88 | $ 12,423,232.36 | $ 6,375.04 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 17-18481 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | Monique D. Almy, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Roy Sens | | | | Date Filed (f) or Converted (c): | 06/21/2017 (f) |
| | Melanie Susan Sens | | | | 341(a) Meeting Date: | 07/20/2017 |
| For Period Ending: | 09/18/2018 | | | | Claims Bar Date: | 12/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11324 Newport Bay Drive | 810,000.00 | 54,523.00 | | 54,523.00 | FA |
| 2. 2007 Mercedes GL 450 | 7,400.00 | 0.00 | | 0.00 | FA |
| 3. 2007 Ford Edge | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. 2007 Ford Explorer | 3,500.00 | 0.00 | | 0.00 | FA |
| 5. 2000 Ford Expedition | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 6. 2003 Ford F-150 | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 7. 1996 Tropicat 36' Cat | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 8. Household Goods | 4,680.00 | 2,379.50 | | 2,379.50 | FA |
| 9. Electronics | 325.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 702.00 | 0.00 | | 0.00 | FA |
| 11. Jewelry | 4,290.00 | 0.00 | | 0.00 | FA |
| 12. Cash on Hand | 700.00 | 0.00 | | 0.00 | FA |
| 13. Bank Account | 300.00 | 0.00 | | 0.00 | FA |
| 14. Non-Publicly Traded Stock and interests - Sens, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 15. Non-Publicly Traded Stock and interests - Sens Mechanical, I | 1.00 | 0.00 | | 0.00 | FA |
| 16. Non-Publicly Traded Stock and interests - Sens Service, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 17. Interests In Insurance Policies - Ohio National | 1.00 | 0.00 | | 0.00 | FA |
| 18. Interest in Insurance policies - Ohio National | 1.00 | 0.00 | | 0.00 | FA |
| 19. Interest in Insurance policies - New York Life | 1.00 | 0.00 | | 0.00 | FA |
| 20. Non-Publicly Traded Stock and interests - 10056 LLC (u) | 1.00 | 0.00 | | 0.00 | FA |
| 21. Non-Publicly Traded Stock and interests - 2523 LLC (u) | 1.00 | 0.00 | | 0.00 | FA |
| 22. Non-Publicly Traded Stock and interests - Pin Oak LLC | 1.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $843,406.00 | $64,402.50 | $64,402.50 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The 341 meeting was held on 7/20/17. The Debtors had a complicated filing with more assets then are typical. After extensive review, the Trustee negotiated a settlement and submitted it to the Court.

| RE PROP # | 11 | -- | Mes Rolex submariner watch |
| RE PROP # | 13 | -- | Calvin Taylor Bank checking |
| RE PROP # | 17 | -- | Melanie Sens |
| RE PROP # | 18 | -- | Roy Sens |

Initial Projected Date of Final Report (TFR): 04/30/2018      Current Projected Date of Final Report (TFR): 04/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-18481 | Trustee Name: | Monique D. Almy, Trustee |
|---|---|---|---|
| Case Name: | Roy Sens | Bank Name: | Union Bank |
| | Melanie Susan Sens | Account Number/CD#: | XXXXXX7040 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2420 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/18/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/17 | | Taylor Bank<br>Calvin B. Taylor Banking Company<br>214 N. Main Street<br>Berlin, MD 21811 | sale of non-exempt personal property | | $64,402.50 | | $64,402.50 |
| | | | Gross Receipts  $64,402.50 | | | | |
| | 1 | | 11324 Newport Bay Drive  $54,523.00 | 1110-000 | | | |
| | 5 | | 2000 Ford Expedition  $1,000.00 | 1129-000 | | | |
| | 6 | | 2003 Ford F-150  $1,500.00 | 1129-000 | | | |
| | 7 | | 1996 Tropicat 36' Cat  $5,000.00 | 1129-000 | | | |
| | 8 | | Household Goods  $2,379.50 | 1129-000 | | | |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.53 | $64,383.97 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.63 | $64,291.34 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.56 | $64,195.78 |
| 03/01/18 | | Union Bank<br>1980 Saturn Street<br>Monterey Park, CA 91755 | Bank Fee Refund | 2600-000 | | ($95.56) | $64,291.34 |
| 03/06/18 | 101 | Insurance Partners Agency, Inc.<br>26865 Center Ridge Road<br>Westlake, OH 44145 | Trustee Bond Payment | 2300-000 | | $38.70 | $64,252.64 |
| 07/09/18 | 102 | Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Trustee's Counsel's fees | 3110-000 | | $9,312.00 | $54,940.64 |
| 08/20/18 | 103 | Monique D. Almy<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Distribution | | | $6,726.38 | $48,214.26 |

| | | | Page Subtotals: | | $64,402.50 | $16,188.24 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-18481 | Trustee Name: | Monique D. Almy, Trustee |
|---|---|---|---|
| Case Name: | Roy Sens | Bank Name: | Union Bank |
|  | Melanie Susan Sens | Account Number/CD#: | XXXXXX7040 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX2420 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/18/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | Monique D. Almy | Final distribution representing a payment of 100.00 % per court order. | ($6,470.13) | 2100-000 |  |  |  |
|  |  | Monique D. Almy | Final distribution representing a payment of 100.00 % per court order. | ($256.25) | 2200-000 |  |  |  |
| 08/20/18 | 104 | Department Of The Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7317<br>Philadelphia, PA 19101-7346<br>Attn: John Lindinger | Distribution |  |  |  | $12,010.23 | $36,204.03 |
|  |  | Department Of The Treasury | Final distribution to claim 9 representing a payment of 100.00 % per court order. | ($12,010.00) | 5800-000 |  |  |  |
|  |  | Department Of The Treasury | Final distribution to claim 9 representing a payment of 0.05 % per court order. | ($0.23) | 7100-000 |  |  |  |
| 08/20/18 | 105 | COMPTROLLER OF THE TREASURY<br><br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201<br>Attn: Wayne Mack | Final distribution to claim 11 representing a payment of 100.00 % per court order. |  | 5800-000 |  | $25,795.00 | $10,409.03 |
| 08/20/18 | 106 | Worchester County<br>1 West Market St. Room 1105<br>Snow Hill, MD 21863<br>Attn: Phillip G. Thompson | Account No. 10-322316 |  | 5800-000 |  | $4,034.22 | $6,374.81 |
| 08/20/18 | 107 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, Oh 43054-3025<br>Attn: Amanda Dingus | Final distribution to claim 1 representing a payment of 0.05 % per court order. |  | 7100-000 |  | $2.63 | $6,372.18 |
| 08/20/18 | 108 | The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>Dehaan & Bach, LPA<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150 | Account No. XXXX2082 |  | 7100-000 |  | $12.46 | $6,359.72 |

Page Subtotals: $0.00  $41,854.54

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page: 3
Case 17-18481   Doc 84   Filed 10/09/18   Page 12 of 14

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-18481 | Trustee Name: Monique D. Almy, Trustee |
| Case Name: Roy Sens | Bank Name: Union Bank |
| Melanie Susan Sens | Account Number/CD#: XXXXXX7040 |
| | Checking |
| Taxpayer ID No: XX-XXX2420 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 09/18/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/18 | 109 | Wells Fargo Equipment Finance<br>300 Tri-State International Suite 400<br>Lincolnshire, IL 60069<br>Attn: Rocky Hardy | Account No. XXXX4566 | 7100-000 | | $113.52 | $6,246.20 |
| 08/20/18 | 110 | Caterpillar Financial Services Corporation<br>c/o Kelli Alexander, Litigation Paralegal<br>2120 West End Avenue<br>Nashville, TN 37203 | Account No. XXXX8701 | 7100-000 | | $14.38 | $6,231.82 |
| 08/20/18 | 111 | Sam Yoder & Son, LLC<br>c/o John C. Seipp, Esquire<br>105 Camden Street<br>Salisbury, MD 21801 | Final distribution to claim 5 representing a payment of 0.05 % per court order. | 7100-000 | | $5.30 | $6,226.52 |
| 08/20/18 | 112 | Sussex Lumber Co., Inc.<br>PO Box 509<br>Millsboro, DE 19966<br>Attn: Jeffrey Revell | Account No. XXXX1870 | 7100-000 | | $3.43 | $6,223.09 |
| 08/20/18 | 113 | Waldron Of Md, Inc.<br>c/o Douglas H. Seitz, Esq.<br>Seven Saint Paul St., 18Th Fl.<br>Baltimore, MD 21202 | Final distribution to claim 7 representing a payment of 0.05 % per court order. | 7100-000 | | $12.68 | $6,210.41 |
| 08/20/18 | 114 | American Express Bank, FSB<br>c/o Becket And Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Account No., XXXX3004 | 7100-000 | | $12.64 | $6,197.77 |
| 08/20/18 | 115 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280<br>Attn: Margaret Cowley | Account No. XXXX5878 | 7100-000 | | $20.83 | $6,176.94 |
| 08/20/18 | 116 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br>Attn: Kelly Deans | Distribution | | | $11.72 | $6,165.22 |
| | | Synchrony Bank | Account No. XXXX8176           ($4.55) | 7100-000 | | | |
| | | Synchrony Bank | Account No. XXXX9823           ($4.18) | 7100-000 | | | |
| | | Synchrony Bank | Account No. XXX1910           ($2.99) | 7100-000 | | | |
| | | | Page Subtotals: | | $0.00 | $194.50 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-18481 | Trustee Name: | Monique D. Almy, Trustee | Exhibit 9 |
| --- | --- | --- | --- | --- |
| Case Name: | Roy Sens | Bank Name: | Union Bank | |
| | Melanie Susan Sens | Account Number/CD#: | XXXXXX7040 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2420 | Blanket Bond (per case limit): | $3,000,000.00 | |
| For Period Ending: | 09/18/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/18 | 117 | United States Surety Company<br>US Specialty Insurance Company<br>801 South Figueroa St., Suite 700<br>Los Angeles, CA 90014<br>Attn: Patrick Laverty | Final distribution to claim 15 representing a payment of 0.05 % per court order. | 7100-000 | | $4,715.82 | $1,449.40 |
| 08/20/18 | 118 | Comenity Capital Bankpaypal Credit<br>c/o Weinstein & Riley, PS<br>PO Box 3978<br>Seattle, WA 98124<br>Attn: Devon Gray | Account No. XXX2067 | 7100-000 | | $1.19 | $1,448.21 |
| 08/20/18 | 119 | Calvin B. Taylor Banking Co.<br>24 N. Main Street<br>Berlin, MD 21811<br>Attn: Raymond M. Thompson | Final distribution to claim 18 representing a payment of 0.05 % per court order. | 7100-000 | | $1,434.16 | $14.05 |
| 08/20/18 | 120 | Builders Supply Of Delmarva, Inc<br>21528 Baltimore Ave<br>Georgetown, DE 19947<br>Attn: Rhonda Sturgeon | Final distribution to claim 19 representing a payment of 0.05 % per court order. | 7100-000 | | $14.05 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $64,402.50 | $64,402.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $64,402.50 | $64,402.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $64,402.50 | $64,402.50 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $0.00 | $6,165.22 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7040 - Checking | $64,402.50 | $64,402.50 | $0.00 |
| | $64,402.50 | $64,402.50 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $64,402.50 |
| Total Gross Receipts: | $64,402.50 |

Page Subtotals:  $0.00   $0.00